UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:19-cr-000102-LSC-TMP-2 |
| | ) | |
| | ) | |
| | ) | |
| DIEGO MEJIA FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to suppress. (Doc. 35.) The magistrate

judge filed a report and recommendation, recommending that the motion be

denied. (Doc. 54.) The defendant has objected. (Doc. 55.)

Having now carefully reviewed and considered *de novo* all the materials in the

court file, including the report and recommendation and the objections thereto, the

Court is of the opinion that the report is due to be and hereby is ADOPTED, the

recommendation is ACCEPTED. Consequently, the motion to suppress (doc. 35)

is hereby DENIED.

**DONE** AND **ORDERED** ON JUNE 13, 2019.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704